FILE COPY

No. 07-22-00243-CR, 07-22-00244-CR, 07-22-00245-CR, 07-22-00246-CR

| Ex parte Paul Irwin | § | Original Proceeding |
|---|---|---|
| | § | |
| | | August 31, 2022 |
| | § | |
| | | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 31, 2022, it is ordered, adjudged, and decreed that the Writ of Habeas Corpus be dismissed for want of jurisdiction.

o O o